*ORDER*

PER CURIAM.

Plaintiff, Ouellette Machinery Systems, Inc. appeals from a judgment in its favor on its claim for damages for breach of warranty against General Motors Corporation. It argues that the trial court erred in excluding evidence relating to consequential damages. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

■

**A.S.Y. and L.A.Y., Respondents,**

v.

**M.T.S., Appellant.**

No. ED 82098.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 19, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 16, 2003.

Application for Transfer Denied Nov. 25, 2003.

Brian P. Seltzer, Clayton, MO, for appellant.

Allan F. Stewart, Clayton, MO, for respondent.

John R. Bird, St. Louis, MO, for Guardian Ad Litem.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J., and MARY R. RUSSELL, J.

ORDER

PER CURIAM.

Appellant, M.T.S., the biological father of the child, appeals the judgment of the Circuit Court of St. Louis County granting the adoption of the child by respondents, A.S.Y. and L.A.Y. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

■

**PATRICK V. KOEPKE CONSTRUCTION, INC., Appellant,**

v.

**Richard PALETTA and Palcor Capital Investors, Inc., Respondents.**

No. ED 81742.

Missouri Court of Appeals, Eastern District, Division Two.

Aug. 26, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 16, 2003.

Application for Transfer Denied Nov. 25, 2003.